IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF <br><br> CHARLES W. BRADLEY <br><br> TO BE ADMITTED TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK | **ORDER** |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, Charles W. Bradley is hereby accepted for Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of Arrow Communication Laboratories, Inc. and Tresness Irrevocable Patent Trust v. John Mezzalingua Associates, Inc., Civil Action Nos. 5:05-CV-1456 (Lead Case) and 5:05-CV-0703 (Member Case).

IT IS SO ORDERED

Dated: January 12, 2006

_[signature]_

☐ U.S. District Judge
☒ U.S. Magistrate Judge